An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LEONARD HAIRSTON A/K/A LEONARD MORGAN HAIRSTON, Appellant, vs. THE STATE OF NEVADA, Respondent. | No. 66372 **FILED** SEP 2 5 2014 TRAGIE K. LINDEMAN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order granting a motion to quash bench warrant and setting bail. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

No statute or court rule permits an appeal from an order granting the abovementioned motion. Accordingly, we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31860

cc: Hon. Carolyn Ellsworth, District Judge
Leonard Hairston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A